```
DENNIS LOCK PRO SE
450 HIGHWAY 99 N                    The Honorable Ann Aiken presiding
EUGENE OR 97402
541-514-1741
```

UNITES STATES ~~9TH CIRCUT~~ DISTRKT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DENNIS LOCK PRO SE, | Case No. 6-10CV-6079-AA |
| | EX PARTE |
| Plaintiff, | PETITION FOR WRIT OF PROTECTION |
| | CONSPIRACY |
| vs. | EXPEDITED HEARING |
| STATE OF CALIFORNIA ET AL, | |
| Defendant | |

Plaintiff prays to the court because of the blatant disregard California and six unknown agents have shown for every aspect of the legal process that a democracy is dependant, such processes are the core of what the constitution was designed to protect as stated in complaint plaintiff can only anticipate a growing effort to conceal their nefarious activities through activities that only a miscreant mind familiar with the law could produce but possibly include planting evidence or falsifying drug tests and claiming these are self fulfilling prophesies.

THEREFORE:
1. Plaintiff prays to the court that the court prohibit the arrest of plaintiff by Federal or State law enforcement without a hearing including plaintiff in this court and restrain any activity that would be deemed unusual activities meant to inflict extreme emotional distress.
2. To prohibit any interference with plaintiffs constitutionally protected political and religious rights including 'jumping the line' interference of

internet web expression and interference with email traffic and/or interference with web hosters or PayPal online payment facility

3. The court restrains any manipulation of psychiatrists or medical doctor's reports plaintiff is involved with in Portland to disprove the contrived determination from California and interference with Church activities plaintiff engages.

The courts compelling interest is to secure justice in the light of obvious documented violations contained in pleading (Falsified DOJ documents, perjured statements by Santa Cruz Detective and Deputy District Attorney, abuse of process, malicious prosecution) and to preserve the mental and physical health of the plaintiff if incarcerated. The last two times plaintiff was incarcerated were on grounds forced and manipulated by law enforcement and while incarcerated plaintiff could not get medical attention or proper representation so unconstitutional laws and proceedings would not be discovered and extort a plea. These points are being put before this court in pleadings now in process of filing.

Although the court may be inclined not to intervene in criminal actions plaintiff states that the U. S. Constitution is civil law and is superior to criminal law because the criminal rights and rules proceed out of the civil and are dependent on the civil constitution therefore the civil takes precedent.

Dated this 13th day of July, 2010

By: _____
DENNIS LOCK PRO SE

```
 1  Writ to restrain unconstitutional activities of law enforcement addressed on
    previous page:
 3

 5  Is granted_____

 7
    Is not granted_____
 9

11
                                                By:_____
13                                                  Signed by the Honorable
                                                    Judge of the District Court
15

17

19                                                  _____

21

23

25

27

29

31

33

35

37

39

41

43

45

47

49
```

WRIT PROTECTON - 3