DENNIS LOCK PRO SE
450 HIGHWAY 99 N
EUGENE OR 97402
541-514-1741

The Honorable Ann Aiken presiding

UNITES STATES CIRCUIT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DENNIS LOCK PRO SE, ) | Case No.6-10CV-6079-AA |
| ) | EX PARTE |
| ) | PETITION FOR WRIT OF PROTECTION |
| Plaintiff, ) | CONSPIRACY |
| ) | **REQUEST FOR RECONSIDERATION AND** |
| vs. ) | **DETAILS** |
| ) | |
| STATE OF CALIFORNIA ET AL, ) | |
| ) | |
| Defendant ) | |

Plaintiff prays to the court because of the blatant disregard California and six unknown agents have shown contempt for every aspect of the legal process that a democracy is dependant such processes are the core of what the constitution was designed to protect, as stated in complaint plaintiff can only anticipate a growing effort to conceal their nefarious seditious and treasonous activities through activities that only a miscreant mind familiar with the law could produce but possibly include planting evidence or falsifying drug tests and claiming these are self fulfilling prophesies.

Above is the opening paragraph of the initial request for protection. If we take into consideration the original action is practically prima fascia and since the original filing of this action two more actions have been filed that fully support the original contention (both actions practically, prima fascia) of plaintiff that the government is framing plaintiff for holding

WRIT PROTECTION RECONSIDERATION - 1

anti fascist government views and his effort to expose and stop over 39 years of civil rights violations of homeless and himself.

Plaintiff also sates he believes since having moved to Oregon the 6 Unknowns have used Hare Krishna's, David Minor, Bhakta Ron and Nandadulal Das with miscaptioned photos easily deceiving until brought to court and David Gerber, publisher of The Vagabond newspaper here in Eugene to manufacture evidence and have intimidated attorneys, including Brian Williams and Saint Vincent De Paul and Eugene Mission personnel, Terry McDonnell and Richard Savage because they are dependent and extort able by threat to withdraw funding. Apparently the whole federal informant phalanx is in play in the form of a 'Rainbow safe house' converted by the Feds into a Sting and manufacture evidence contrivance. It is doubtful this has all gone into play just like in California (setting scenarios to get information they have done 50 times before all while knowing the answer at the beginning because they are just making up the investigation to harass) showing a common author with a common purpose that are violations of civil rights to the point of sedition without these protracted efforts going to fruition and this demands a protective order to guarantee the interest of justice. If we allow this travesty of justice then we had better just hoist the swastika over the D.C. Capitol building and await the terrible judgment of God Almighty

THEREFORE: In the name of the Almighty God, who speaks the destiny of America and Democracy which depends upon unpolluted courts for its very existence, plaintiff prays to the court to reveal the details of the courts thinking that would indicate why California and 6 Unknown Agents would not continue even more unbridled until some kind of sadistic neo Nazi atrocity is perpetrated since they must feel some sense of arrogance from deceiving so many people again and apparently even the courts.

WRIT PROTECTION RECONSIDERATION - 2

And reconsider the issuance of the orders to be implemented as the only just American, Democratic course of action and begin to put out Country back on the Constitution.

Also plaintiff prays the court to ignore the poor form of a brain damaged pro se advocate and address the substance of this issue.

Dated this 10th day of September, 2010

By: _____
DENNIS LOCK PRO SE